# AFFIDAVIT OF SERVICE

| Case: 4:24-cv-240 | Court: UNITED STATE DISTICT COURT - Southern District Of Georgia - Savannah Division | County: , GA | Job: 12043800 |
|---|---|---|---|
| Plaintiff / Petitioner: J.S. | | Defendant / Respondent: Kishanvb Hospitality, LLC d/b/a Motel 6 Hinesville | |
| Received by: COASTAL INVESTIGATIONS, LLC | | For: THE STODDARD FIRM | |
| To be served upon: Kishanvb Hospitality, LLC d/b/a Motel 6 Hinesville - Viralkumar Patel as the Registered Agent | | | |

I, Glenn Christian, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Kishanvb Hospitality, LLC d/b/a Motel 6 Hinesville - Viralkumar Patel as the Registered Agent, Home: 19 Shore Road, Savannah, Ga 31419

**Manner of Service:** Corporation, Oct 24, 2024, 3:25 pm EDT

**Documents:** Summons (Received Oct 24, 2024 at 9:10am EDT), Document (Received Oct 24, 2024 at 9:10am EDT)

**Additional Comments:**
1) Unsuccessful Attempt: Oct 23, 2024, 5:50 pm EDT at Home: 97 Coffee Pointe Drive, Savannah, GA 31419
Per the current resident Perry Brown, defendant resides in Georgetown at 19 Shore Road in Savannah.

2) Successful Attempt: Oct 24, 2024, 3:25 pm EDT at Home: 19 Shore Road, Savannah, Ga 31419 received by Kishanvb Hospitality, LLC d/b/a Motel 6 Hinesville - Viralkumar Patel as the Registered Agent. Age: 42; Ethnicity: Middle Eastern; Gender: Male; Weight: 200; Height: 5'11"; Hair: Black; Eyes: Brown;
Served Registered Agent

_[signature]_  .10/24/2024

Glenn Christian         Date
GA LIC PDC002006

COASTAL INVESTIGATIONS, LLC
139 Live Oak Circle / Civil Process Division
Pembroke, GA 31321-4733
912-653-6290

*Subscribed and sworn to before me by the affiant who is personally known to me.*

_[signature] BAW_
Notary Public

10/24/24
Date         Commission Expires

_[Notary seal: Beverly Ann Morris, Bryan County, Georgia, Commission Expires 06-27-2025]_