# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT of GEORGIA

John E. Triplett Clerk of Court

| Augusta | Brunswick | Savannah |
|---|---|---|
| (912)-650-4020 | (912)-650-4020 | (912)-650-4020 |
| P.O. Box 1130 | P.O. Box 1636 | P.O. Box 8286 |
| Augusta, Georgia 30903 | Brunswick, Georgia 31521 | Savannah, Georgia 31412 |

## NOTICE of FILING DEFICIENCY

To: Matthew B. Stoddard            Date: 11/13/2024
Case: 4:24-CV-240                  Party: J. S.

Your pleading, **#9 Corporate Disclosure Statement (LR 7.1.1)**,

was filed on **11/13/24**, but remains deficient in the area(s) checked below:

[ ] No actions required (Informative Only)    or    [x] Corrective Actions Required

1. ☐ Disclosure Statement has not been filed. This is the only mechanism to identify potential judicial conflicts. (Local Rule 7.1.1)
2. ☐ Pleading is illegible or otherwise not in compliance with Local Rule 10.1.
3. ☐ Please submit a paper courtesy copy. Paper copies must be submitted when the document either is or relates to a motion for summary judgment; or, the document exceeds 250 pages. (Administrative Procedures)
4. ☐ Pleading is not signed. (Local Rule 11.1 and Administrative Procedures)
5. ☐ Pursuant to Section IIB of the Administrative Procedures, no certificate of service was provided.
6. ☐ Motion is not in compliance with Local Rules.
    a. ☐ No memorandum of law citing supporting authorities was submitted (L.R. 7.1)
    b. ☐ No good faith document was submitted. (L.R. 26.5)
    c. ☐ Separate proposed order was not attached to e-filed document. (L.R. 7.1)
    d. ☐ Separate proposed order was not e-mailed to appropriate proposed order address in MS Word format. (Administrative Procedures)
7. ☐ For Judge Baker or Wood cases, the Plaintiff/Defendant statement regarding referral was not returned within 14 days.
8. ☐ Counsel should file a separate motion for each relief sought and not file a consolidated motion.
9. ☒ Other:

    The incorrect form was used for filing the Corporate Disclosure Statement (LR 7.1.1). Court forms can be found at gasd.uscourts.gov.

If action is required, after 14 days of noncompliance a notice will be submitted to a judicial officer for possible sanctions, to include dismissal.

For more information - Please contact: Tara H. Burton (706) 849-4407

Deputy Clerk