# In the United States District Court
# for the Southern District of Georgia
# Savannah Division

```
                                )
                                )
        v.                       )            CV
                                )
                                )
```

### DISCLOSURE STATEMENT
### OF PARTIES AND INTERVENORS

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 7.1.1, I hereby certify:

1)  I am counsel for the following parties and intervenors:

| NAME | PARTY DESIGNATION |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

2)  This is a full and complete list of officers, directors, and trustees of the above-identified parties and intervenors:

| NAME | TITLE |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

3)  This is a full and complete list of all other persons, associations of persons, firms, partnerships, subsidiaries and parent corporations, and organizations which have a financial interest in, or another interest which could be substantially affected by, the outcome of this case, including any parent or publicly-held corporation that holds ten percent (10%) or more of a party's stock (if no such individual or entity, state NONE):

| NAME | TITLE/RELATIONSHIP |
|---|---|
|  |  |
|  |  |
|  |  |

|  |  |
|--|--|
|  |  |
|  |  |

4)  **If jurisdiction is based on diversity of citizenship, counsel must also provide the following disclosure.**  This is a full and complete list of every individual or entity whose citizenship is attributable to a party or intervenor:

| NAME | RELATIONSHIP | CITIZENSHIP |
|------|--------------|-------------|
|      |              |             |
|      |              |             |
|      |              |             |
|      |              |             |
|      |              |             |

_____
Date

_____
Signature of Attorney of Record

_____
Printed Name