IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| J.S. | : | |
| | : | |
| Plaintiff, | : | Civil Action File No.: |
| | : | |
| v. | : | 4:24-CV-00240-RSB-CLR |
| | : | |
| Kishanvb Hospitality, LLC d/b/a Motel 6 Hinesville | : | |
| | : | |
| | : | |
| Defendant. | : | |

**DISCLOSURE STATEMENT
OF PARTIES AND INTERVENORS**

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 7.1.1, I hereby certify:

1) I am counsel for the following parties and intervenors:

| NAME | PARTY DESIGNATION |
|---|---|
| J.S. | Plaintiff |
| | |
| | |
| | |
| | |

2) This is a full and complete list of officers, directors, and trustees of the above-identified parties and intervenors:

| NAME | TITLE |
|---|---|
| none | |
| | |
| | |
| | |
| | |

3) This is a full and complete list of all other persons, associations of persons, firms, partnerships, subsidiaries and parent corporations, and organizations which have a financial interest in, or another interest which could be substantially affected by, the outcome of this case, including any parent or publicly-held corporation that holds ten percent (10%) or more of a party's stock (if no such individual or entity, state NONE):

| NAME | TITLE/RELATIONSHIP |
|---|---|

Rev. 11/2022

1

| | |
|---|---|
| Kishanvb Hospitality, LLC d/b/a Motel 6 Hinesville | Defendant, represented by Sharon P. Horne, Esq. James W. Scarbrough, Esq. Freeman, Mathis & Gary, LLP 100 Galleria Pkwy, Ste. 1600 Atlanta, GA 30339 |
| J.S. | Plaintiff, represented by Matthew B. Stoddard, Esq. The Stoddard Firm 1534 N Decatur Road NE Atlanta, GA 30307 |
| | |
| | |
| | |

4) **If jurisdiction is based on diversity of citizenship, counsel must also provide the following disclosure.** This is a full and complete list of every individual or entity whose citizenship is attributable to a party or intervenor:

| NAME | RELATIONSHIP | CITIZENSHIP |
|---|---|---|
| none | | |
| | | |
| | | |
| | | |
| | | |

11/13/2024
Date

*[signature]*
Signature of Attorney of Record

Matthew B. Stoddard
Printed Name

2