IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| J.S. | : | |
| | : | |
|    Plaintiff, | : | CIVIL ACTION FILE NO.: |
| | : | 4:24-cv-00240-RSB-CLR |
| v. | : | |
| | : | |
| KISHANVB HOSPITALITY, LLC d/b/a MOTEL 6 HINESVILLE, | : | |
| | : | |
|    Defendant. | : | |

**DISCLOSURE STATEMENT
OF PARTIES AND INTERVENORS**

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 7.1.1, I hereby certify:

1) I am counsel for the following parties and intervenors:

| NAME | PARTY DESIGNATION |
|---|---|
| Kishanvb Hospitality LLC d/b/a Motel 6 Hinesville | Defendant |

2) This is a full and complete list of officers, directors, and trustees of the above-identified parties and intervenors:

| NAME | TITLE |
|---|---|
| Mohanbhai Patel | Member |
| Viralkumar Patel | Member |

3) This is a full and complete list of all other persons, associations of persons, firms, partnerships, subsidiaries and parent corporations, and organizations which have a financial interest in, or another interest which could be substantially affected by, the outcome of this case, including any parent or publicly-held corporation that holds ten percent (10%) or more of a party's stock (if no such individual or entity, state NONE):

| NAME | TITLE/RELATIONSHIP |
|---|---|
| Mohanbhai Patel | Member |
| Viralkumar Patel | Member |

4) **If jurisdiction is based on diversity of citizenship, counsel must also provide the following disclosure.** This is a full and complete list of every individual or entity whose citizenship is attributable to a party or intervenor:

   Not applicable

This 5th day of December, 2024

                      **FREEMAN MATHIS & GARY, LLP**

                      */s/ Sharon P. Horne*
                      Sharon P. Horne
                      Georgia Bar No. 159225
                      SHorne@fmglaw.com
                      James W. Scarbrough
                      Georgia Bar No. 628328
                      James.Scarbrough@fmglaw.com
                      *Attorneys for Defendant*
                      *Kishanvb Hospitality, LLC*

100 Galleria Parkway, Suite 1600
Atlanta, GA  30339-5948
(770) 818-0000 (telephone)
(833) 330-3669 (facsimile)

## **CERTIFICATE OF E-SERVICE**

I hereby certify that I have this day electronically submitted the foregoing to the Clerk of Court using the CM/ECF electronic filing system which will automatically send electronic mail notification of such filing to the following counsel of record:

Matthew B. Stoddard, Esq.
THE STODDARD FIRM
1534 N. Decatur Road
Atlanta, GA  30307
matt@legalhelpga.com
*Attorney for Plaintiff*

This 5th day of December 2024.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Sharon P. Horne*
Sharon P. Horne
*Attorney for Defendant*