IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| J.S. | : | |
| | : | |
|    Plaintiff, | : | CIVIL ACTION FILE NO.: |
| | : | |
| v. | : | 4:24-cv-00240-RSB-CLR |
| | : | |
| KISHANVB HOSPITALITY, LLC d/b/a Motel 6 Hinesville | : | |
| | : | |
|    Defendant. | : | |

## NOTICE OF APPEARANCE

COME NOW Joseph J. Gleason, co-counsel for Plaintiff, in the above-styled matter, and hereby files his Notice of Appearance on behalf of Plaintiff as co-counsel. Please have all future notices, pleadings, and other documents pertaining to the case to be sent to the following counsel of record in the above- styled action:

Matthew B. Stoddard, Esq.
Georgia Bar No. 558215
Joseph J. Gleason, Esq.
Georgia Bar No. 297202
**THE STODDARD FIRM**
1534 N Decatur Road NE
Atlanta, Ga 30307
Telephone: (470) 467-2200
Facsimile: (470) 467-1300
matt@legalhelpga.com
joe@legalhelpga.com

This 18th day of December, 2024.

                                                 **THE STODDARD FIRM**

                                               */s/ Joseph J. Gleason*
                                               Matthew B. Stoddard
                                               Georgia Bar No. 558215

2

        Joseph J. Gleason
        Georgia Bar No. 297202
        THE STODDARD FIRM
        1534 N Decatur Road
        Atlanta, Georgia 30326
        P: 470-467-2200
        F: 470-467-1300
        matt@LegalHelpGa.com
        joe@legalhelpga.com
        ***Attorneys for Plaintiff***

**CERTIFICATE OF COMPLIANCE & SERVICE**

This is to certify that the foregoing document has been prepared with one of the following font and point selections approved by the Court. I further certify that I have served a true and correct copy of the foregoing upon all counsel of record using the CM/ECF system, which will automatically send email notification of such filing to the following attorney of record:

**Counsel for Defendant**
Sharon P. Horne, Esq.
James W. Scarbrough, Esq.
Freeman Matthis & Gary, LLP
100 Galleria Pkwy, Ste. 1600
Atlanta, GA 30339
shorne@fmglaw.com
james.scarbrough@fmglaw.com

This 18th day of December, 2024.

*/s/ Joseph J. Gleason*
Joseph J. Gleason