The Stoddard Firm



| TELEPHONE | 1534 N Decatur Road | FACSIMILE |
|---|---|---|
| (470) 467-2200 | Atlanta, GA 30307 | (470) 467-1300 |

January 6, 2025

**TO:** All Judges, Clerks of Court, & Counsel of Record
**FROM:** Matthew B. Stoddard, Esq.

## NOTICE OF LEAVE OF ABSENCE

**MATTHEW B. STODDARD, ESQ.** respectfully notices all judges before whom he has cases pending, all affected clerks of court, and all opposing counsel, that he will be on leave and away from the practice of law pursuant to L.R. 83.1(E)(4)

The periods and purposes of the leave of absences are as follows:

- **January 13-17, 2025**          (Vacation)
- **February 24-26, 2025**         (Vacation)
- **March 13-14, 2025**            (Vacation)
- **April 7-11, 2025**             (Vacation)
- **June 16-20 and 23, 2025**      (Vacation)
- **September 24-October 1, 2025** (Vacation)

The applicant requests that this leave apply to all trials, hearings, depositions, and other legal proceedings that might be schedules in any of the cases referenced in **Exhibit A**. All affected judges and opposing counsel have ten (10) days from the date of this Notice to object to it. If no objection is filed, the Leave of Absence shall be granted.

Sincerely,

*/s/ Matthew B. Stoddard*
Mathew B. Stoddard, Esq.
GA Bar No. 558215
THE STODDARD FIRM
1534 N. Decatur Rd., NE
Atlanta, GA 30307
P: 470-467-2200
F: 470-467-1300
matt@legalhelpga.com

## **EXHIBIT A**

| J.S.<br><br>v.<br><br>Kishnavb Hospitality, LLC d/b/a Motel 6 Hinesville<br><br>**U.S.D.C.- Southern District of GA**<br><br>**CAFN: 4:24-cv-00240-RSB-CLR** | Honorable Christopher L. Ray | **Counsel for Defendant**<br>Sharon P. Horne, Esq.<br>James W. Scarbrough, Esq.<br>Freeman Matthis & Gary, LLP<br>100 Galleria Pkwy, Ste. 1600<br>Atlanta, GA 30339<br>shorne@fmglaw.com<br>james.scarbrough@fmglaw.com |
|---|---|---|

## CERTIFICATE OF COMPLIANCE & SERVICE

This is to certify that the foregoing document has been prepared with one of the following font and point selections approved by the Court. I further certify that I have served a true and correct copy of the foregoing upon all counsel of record using the CM/ECF system, which will automatically send email notification of such filing to the following attorney of record.

This 6th day of January, 2025.

                                            */s/ Matthew B. Stoddard*
                                            Matthew B. Stoddard