IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| J.S. | : | |
| | : | |
|     Plaintiff, | : | CIVIL ACTION FILE NO.: |
| | : | |
| v. | : | 4:24-cv-00240-RSB-CLR |
| | : | |
| KISHANVB HOSPITALITY, LLC | : | |
| d/b/a Motel 6 Hinesville | : | |
| | : | |
|     Defendant. | : | |

**MOTION TO REQUEST LEAVE OF ABSENCE**

Comes now, Matthew B. Stoddard, lead counsel for Plaintiff, pursuant to Local Rules 83.9 and 7.1(b), submits this motion to request leave of absence for the following dates: January 13-17, 2025; February 24-26, 2025; March 13-14, 2025; April 7-11, 2025; June 16-20 and 23, 2025; and, September 24-October 1, 2025.

Mr. Stoddard will on vacation each of the dates listed above. Mr. Stoddard requests leave to apply to all trials, hearing, depositions, and other legal proceedings that might be scheduled in this case.

Respectfully submitted, this 6th day of January, 2025.

                                                          */s/ Matthew B. Stoddard*
                                                          Matthew B. Stoddard, Esq.
                                                          Ga. Bar No.: 558215
                                                          THE STODDARD FIRM
                                                          1534 N Decatur Road
                                                          P: 470-467-2200
                                                          F: 470-467-1300
                                                          matt@LegalHelpGa.com

                                                          ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

This is to certify that the foregoing document has been prepared with one of the following font and point selections approved by the Court.  I further certify that I have served a true and correct copy of the foregoing upon all counsel of record using the CM/ECF system, which will automatically send email notification of such filing to the following attorney of record:

**Counsel for Defendant**
Sharon P. Horne, Esq.
James W. Scarbrough, Esq.
Freeman Matthis & Gary, LLP
100 Galleria Pkwy, Ste. 1600
Atlanta, GA 30339
shorne@fmglaw.com
james.scarbrough@fmglaw.com


This 6th day of January, 2025.

                                                                    */s/ Matthew B. Stoddard*
                                                                    Matthew B. Stoddard

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| J.S. | : | |
| | : | |
|     Plaintiff, | : | CIVIL ACTION FILE NO.: |
| | : | |
| v. | : | 4:24-cv-00240-RSB-CLR |
| | : | |
| KISHANVB HOSPITALITY, LLC | : | |
| d/b/a Motel 6 Hinesville | : | |
| | : | |
|     Defendant. | : | |

**<u>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE OF ABSENCE</u>**

This case comes before the Court on Plaintiff's Motion for Leave of Absence.

Accordingly, it is hereby **ORDERED** that Plaintiff's Motion for Leave of Absence is **GRANTED**.

**IT IS SO ORDERED** this _____ day of January, 2025.

_____
UNITED STATES DISTRICT COURT

3