IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| J.S. | : | |
| | : | |
|     Plaintiff, | : | CIVIL ACTION FILE NO.: |
| | : | |
| v. | : | 4:24-cv-00240-RSB-CLR |
| | : | |
| KISHANVB HOSPITALITY, LLC | : | |
| d/b/a Motel 6 Hinesville | : | |
| | : | |
|     Defendant. | : | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE OF ABSENCE**

This case comes before the Court on Plaintiff's Motion for Leave of Absence.

Accordingly, it is hereby **ORDERED** that Plaintiff's Motion for Leave of Absence is **GRANTED**.

**IT IS SO ORDERED** this 6th day of January, 2025.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA