IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| J.S. | : | |
| | : | |
|     Plaintiff, | : | CIVIL ACTION FILE NO.: |
| | : | 4:24-cv-00240-RSB-CLR |
| v. | : | |
| | : | |
| KISHANVB HOSPITALITY, LLC | : | |
| d/b/a MOTEL 6 HINESVILLE, | : | |
| | : | |
|     Defendant. | : | |

## **ORDER**

Pending before the Court is Sharon P. Horne's Request for Leave of Absence. The Court, having read and considered the Request pending before the Court, and for good cause shown:

IT IS HEREBY ORDERED that Sharon P. Horne's Request for Leave of Absence is granted and she will be granted a leave of absence for the period of:

- March 10, 2025 through and including March 14, 2025;
- March 20, 2025 through and including March 21, 2025;
- April 16, 2025 through and including April 21, 2025;
- May 22, 2025 through and including May 30, 2025;
- July 25, 2025 through and including August 1, 2025; and
- September 21, 2025, through and including September 27, 2025.

**SO ORDERED** this 5th day of March, 2025.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

Prepared by:

/s/ *Sharon P. Horne*
Sharon P. Horne
Georgia Bar No. 159225
shorne@fmglaw.com
Freeman Mathis & Gary LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
(770) 818-0000(Telephone)
(770) 937-9960 (Facsimile)