IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

J.S.,

    Plaintiff,

v.

KISHANVB HOSPITALITY, LLC d/b/a
Motel 6 Hinesville,

    Defendant.

CIVIL ACTION NO.: 4:24-cv-240

**O R D E R**

Plaintiff filed her Complaint initiating this action on October 23, 2024.  (Doc. 1.)  On July 8, 2025, Plaintiff and Defendant, by and through their counsel, filed a Joint Stipulation of Dismissal Without Prejudice, stating that both parties desire and agree to have the case dismissed without prejudice.  (Doc. 38.)  Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the case has been **DISMISSED WITHOUT PREJUDICE**, (id.), and the Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 9th day of July, 2025.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA